CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SYLVESTER RICHARDSON, | ) | Civil Action No. 7:10-cv-00078 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN TRACY RAY, <u>et al.</u>, | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 15th day of March, 2010.

/s/ James C. Turk
Senior United States District Judge