CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SYLVESTER RICHARDSON,   )  | Civil Action No. 7:10-cv-00078 |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| WARDEN TRACY RAY, et al.,   ) | By:   Hon. James C. Turk |
|     Defendants.   ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

**ENTER:** This _21st_ day of March, 2012.

_____
Senior United States District Judge